UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO, | NO. C13-1137-RAJ |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TRACFONE WIRELESS, INC., | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, orders as follows:

(1) The court ADOPTS the Report and Recommendation (Dkt. # 3);

(2) The court directs the clerk to DISMISS this action with prejudice and enter judgment for Defendant;

(3) The court DENIES Plaintiff's application to proceed *in forma pauperis* (Dkt. # 1) as moot; and

(4) The Clerk of the Court shall send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 26th day of August, 2013.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1